NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASPEX EYEWEAR, INC.,** AND **CONTOUR OPTIK, INC.,**

*Plaintiffs-Appellants,*

**v.**

**ALTAIR EYEWEAR, INC.,**

*Defendant-Appellee.*

---

2012-1102

---

Appeal from the United States District Court for the District of Massachusetts in No. 10-CV-12202, Judge William G. Young.

---

**JUDGMENT**

---

MICHAEL A. NICODEMA, Greenberg Traurig, LLP, of Florham Park, New Jersey, argued for plaintiffs-appellants. With him on the brief was KIMBERLY A. WARSHAWSKY, of Phoenix, Arizona.

TRACY ZURZOLO QUINN, Reed Smith, LLP, of Chicago, Illinois, argued for defendant-appellee. With her on the brief were CARL H. PIERCE and MATTHEW P. FREDERICK. Of counsel were JAMES C. MARTIN and KEVIN S. KATONA, of Pittsburgh, Pennsylvania.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 10, 2012     /s/ Jan Horbaly
Date           Jan Horbaly
Clerk